PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE ORR, | ) | |
| | ) | CASE NO. 4:19CV635 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MARK WILLIAMS, Warden, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

Petitioner Lonnie Orr (FCI Elkton Register # 15268-026) has been released from federal custody. See https://www.bop.gov/inmateloc/; *see also* ECF No. 1 at PageID#: 2 (indicating that he was scheduled to be released on April 23, 2019). Because Petitioner is no longer in custody, the Court lacks jurisdiction over his petition for writ of habeas corpus. *See* 28 U.S.C. § 2241(c). The petition is therefore dismissed.

IT IS SO ORDERED.

| | |
|---|---|
|   April 29, 2019 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |